No. 581. JACKSON, ADMINISTRATRIX v. CAPITAL TRANSIT Co. January 30, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Messrs. Reynolds Robertson* and *Dorsey K. Offutt* for petitioner. No appearance for respondent.

No. 584. NEW YORK EX REL. ROSS v. WILSON, WARDEN. January 30, 1939. Petition for writ of certiorari to the Court of Appeals of New York, and motion for leave to proceed further *in forma pauperis*, denied. *Joseph Ross, pro se.* No appearance for respondent.

No. 587. SAYLOR v. SANFORD, WARDEN. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Julian K. Saylor, pro se.* No appearance for respondent.

No. 521. WHITE v. JOHNSTON, WARDEN. January 30, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Samuel White, pro se.* No appearance for respondent.